Christopher Jagard, Chief Counsel, CSB#191147
Christopher Frick, Assistant Chief Counsel, CSB#83432
State of California
Department of Industrial Relations
1515 Clay Street, Suite 701
Oakland, CA 94612
Telephone No. (510) 286-3800
Fax No. (510) 286-1220

Attorneys for California Department of Industrial Relations,
Edward Kunnes and Evan Adams

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION

| | |
|---|---|
| MILLARD W. TONG<br><br>　　　　　Appellant,<br><br>v.<br><br>THE CALIFORNIA DEPARTMENT OF INDUSTRIAL RELATIONS,<br><br>　　　　　Appellee. | CASE NO. 4:17-cv-01201-HSG<br><br>Appeal from Bankruptcy Case No. 15-30275<br><br>CHAPTER 11<br><br>Judge Hon. Haywood S. Gilliam, Jr. |

**STIPULATION FOR DELAY OF ISSUANCE OF ANY RULING, OPINION OR ORDER PENDING APPROVAL OF SETTLEMENT MOTION AND ORDER THEREON**

　　　　This Stipulation (or "Agreement") is made between and among Millard W. Tong, individually and as Debtor-in-Possession, herein "Debtor," and California Department of Industrial Relations, Edward Kunnes and Evan Adams, herein "DIR," being the parties to the above referenced appeal arising from a motion for contempt in the bankruptcy court proceedings.

　　　　As the results of a judicially supervised settlement conference, the Debtor and DIR have entered into agreements memorialized in stipulation entitled "Stipulation for Issuance of Order for Distribution of Proceeds from the Sale of 1620 Mason Street, San Francisco, CA (After BDRP Mediation)" that, among other matters, settled the issues pending before this Court. However, the settlement of these issues remain subject to the bankruptcy court authorizing Debtor and DIR's

agreements reached at the mediation. Debtor and DIR anticipate that the bankruptcy court will hear the request for approval of the settlement on October 27, 2017. Accordingly, Debtor and DIR stipulate as follows:

Debtor and DIR jointly request that the United States District Court, sitting as the court of appeal, regarding Debtor's motion for contempt, delay the issuance of any ruling, opinion or order until the parties, hereto, are able to obtain from the bankruptcy court an order regarding their request for authorization of the settlement described in the Stipulation for Issuance of Order for Distribution of Proceeds from the Sale of 1620 Mason Street, San Francisco, CA (After BDRP Mediation).

Dated: October 3, 2017  /s/ *Christopher W. Frick*
Christopher W. Frick
Counsel for Appellees,
CA Dept. of Industrial Relations, Edward Kunnes
and Evan Adams

Dated: October 3, 2017  /s/ *Lawrence A. Jacobson*
Lawrence A. Jacobson
Counsel for Appellant Millard Tong

**ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: 10/4/2017

Hon. Haywood S. Gilliam, Jr.