1  Christopher Jagard, Chief Counsel, CSB#191147
   Christopher Frick, Assistant Chief Counsel, CSB#83432
2  State of California
   Department of Industrial Relations
3  1515 Clay Street, Suite 701
   Oakland, CA 94612
4  Telephone No. (510) 286-3800
   Fax No. (510) 286-1220
5

6  Attorneys for California Department of Industrial Relations,
   Edward Kunnes and Evan Adams

7

8
                    IN THE UNITED STATES DISTRICT COURT
9                  NORTHERN DISTRICT OF CALIFORNIA
                            OAKLAND DIVISION
10

11  MILLARD W. TONG                     CASE NO. 4:17-cv-01201-HSG

12                    Appellant,        Appeal from Bankruptcy Case No. 15-30275

13  v.                                  CHAPTER 11

14                                      Judge Hon. Haywood S. Gilliam, Jr.
    THE CALIFORNIA DEPARTMENT OF
15  INDUSTRIAL RELATIONS,

16                    Appellee.

17

18

19
                  **STIPULATION RE DISMISSAL AND ORDER**
20

21        This Stipulation (or "Agreement") is made between and among Millard W. Tong,

22  individually and as Debtor-in-Possession, herein "Debtor," and California Department of Industrial

23  Relations, Edward Kunnes and Evan Adams, herein "DIR," being the parties to the above referenced

24  appeal arising from a motion for contempt in the bankruptcy court proceedings.

25        As the results of a judicially supervised settlement conference, the Debtor and DIR have

26  entered into agreements memorialized in stipulation entitled "Stipulation for Issuance of Order for

27  Distribution of Proceeds from the Sale of 1620 Mason Street, San Francisco, CA (After BDRP

28  Mediation)" that, among other matters, settled the issues pending before this Court. The bankruptcy

court has authorized settlement of these issues and the parties have performed all agreements under the settlement. Accordingly, Debtor and DIR stipulate as follows:

Debtor and DIR jointly request that the United States District Court, sitting as the court of appeal, regarding Debtor's motion for contempt, dismiss said appeal with each party to bear their own costs and attorney's fees.

Dated: November 27, 2017        */s/ Christopher W. Frick*
                                        Christopher W. Frick
                                        Counsel for Appellees,
                                        CA Dept. of Industrial Relations, Edward Kunnes and Evan Adams

Dated: November 27, 2017        */s/ Lawrence A. Jacobson*
                                         Lawrence A. Jacobson
                                         Counsel for Appellant Millard Tong

## ORDER

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: 11/28/2017                                              
                                   Hon. Haywood S. Gilliam, Jr.

Department of
Industrial Relations
Office of the Director –
Legal Unit

# PROOF OF SERVICE

I am employed in the County of Alameda, California. I am over the age of eighteen years and not a party to the within action; my business address is 1515 Clay Street, 7th Floor, Oakland, CA 94612. On November 27, 2017, I served the following documents:

## STIPULATION RE DISMISSAL AND ORDER

on the parties listed below, through their attorneys of record, by placing true copies thereof in sealed envelopes addressed as shown below for service as designated below:

(A) **By personal service**. I personally delivered the documents to the persons at the addresses listed below. For a party represented by an attorney, delivery was made to the attorney or at the attorney's office by leaving the documents in an envelope or package clearly labeled to identify the attorney being served with a receptionist or an individual in charge of the office.

(B) **By United States mail**. I enclosed the documents in a sealed envelope or package addressed to the persons at the address below and:

(1) ☐ deposited the sealed envelope with the United States Postal Service, with the postage fully prepaid.

(a) ☐ and the sealed envelope was prepared for Certified Mail, Return Receipt Requested, with appropriate fees for such service fully prepaid.

(b) ☐ and the sealed envelope was prepared for Registered Mail, with appropriate fees for such service fully prepaid.

(2) ☐ placed the envelope for collection and mailing, following our ordinary business practices. I am readily familiar with this business's practice for collecting and processing correspondence for mailing. On the same day that correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service, in a sealed envelope with postage fully prepaid.

(a) ☐ and the sealed envelope was prepared for Certified Mail, Return Receipt Requested, with appropriate fees for such service fully prepaid.

(b)☐ and the sealed envelope was prepared for Registered Mail, with appropriate fees for such service fully prepaid.

I am a resident or employed in the county where the mailing occurred. The envelope or package was placed in the mail at Sacramento, California.

(C) **By overnight delivery**:

(1) ☐ I enclosed the documents in an envelope or package provided by an overnight delivery carrier and addressed to the persons at the addresses below. I placed the envelope or package for collection and overnight delivery at an office or a regularly utilized drop box of the overnight delivery carrier.

(2) ☐ The documents were delivered to an authorized courier or driver authorized to receive documents by an overnight delivery carrier, in an envelope or package designated by the carrier with delivery fees     paid or provided for, addressed to the person to whom it is to be served, at the office address as last    given by that person on the document filed in the cause and

DEPARTMENT OF
INDUSTRIAL RELATIONS
OFFICE OF THE DIRECTOR –
LEGAL UNIT

served on the party making service. I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

(D) **By fax transmission**. Based on an agreement of the parties to accept service by fax transmission, I faxed the documents to the persons at the fax numbers listed below. No error was reported by the fax machine that I used. A copy of the record of the fax transmission, which I printed out, is attached.

(E) ☒ **By e-mail or electronic transmission**. Based on a court order or an agreement of the parties to accept service by e-mail or electronic transmission, I caused the documents to be sent to the persons at the e-mail addresses listed below. I did not receive, within a reasonable time after transmission, any electronic message or other indication that the transmission was unsuccessful.

(F) **By messenger service.** I served the documents by placing then in an envelope or package addressed to the persons at the addresses listed below and providing them to a professional messenger service. (*A declaration by the messenger service is attached.*) I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

| TYPE OF SERVICE | ADDRESS/FAX NO. (IF APPLICABLE) |
|---|---|
| (C1) & (E) | LAWRENCE A. JACOBSON, SBN 057393<br>SEAN M. JACOBSON, SBN 227241<br>COHEN AND JACOBSON, LLP<br>66 Bovet Road, Suite 285<br>San Mateo, CA 94402<br>Telephone: (650) 261-6280<br>Facsimile: (650) 368-6221 |

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date: November 27, 2017      */s/ Winnie Inigo-Rock*
Winnie Inigo-Rock

Department of
Industrial Relations
Office of the Director –
Legal Unit